## LANDFILL & RESOURCES RECOVERY, INC.

v.

## R.I. DEPT. OF ENVIRONMENTAL MANAGEMENT et al.

### No. 81–634–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1982.

Coffey, McGovern, Noel, Novogroski & Neal, Ltd., Dean M. Temkin, Providence, for plaintiff-respondent.

Charles E. Di Leva, Legal Counsel, Dept. of Environmental Management, Providence, Paul Baillargeon, Town Sol., North Smithfield, for defendants-petitioners.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

■

## LUM REALTY, INC.

v.

## ZONING BOARD OF REVIEW OF The TOWN OF WEST WARWICK et al.

### No. 81–536–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1982.

Brunero & Brunero, John S. Brunero, West Warwick, for petitioner.

Adler, Pollock & Sheehan Incorporated, Russell D. Pollock, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

■

## Louis V. JACKVONY, Jr., et al.

v.

## Anthony MONAFO et al.

### No. 81–600–A.

Supreme Court of Rhode Island.

Jan. 28, 1982.

William A. Gosz, Providence, for plaintiffs.

Pasquale T. Annarummo, Town Sol., Warren, for defendants.

### ORDER

The plaintiffs' motion to dismiss this appeal as moot is granted.

BEVILACQUA, C. J., did not participate.